THE STATE EX REL. RAMSEY, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Ramsey v. Indus.*
*Comm.* (2001), 91 Ohio St.3d 24.]

(No. 00–858—Submitted November 14, 2000—Decided January 24, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

COOK, J., dissenting. Based on the rationale set forth in the decision of the court of appeals' magistrate, I respectfully dissent.

---

*Butler, Cincione, DiCuccio & Barnhart* and *David B. Barnhart,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Kimberly M. Connett,* Assistant Attorney General, for appellant.